## Scott v. Stevenson.

*Evidence — declarations of assumed agent not admissible to bind principal.*

In an action upon a promissory note the defenses were that plaintiff was not a *bona fide* holder, and payment to the payee while he was the owner. Plaintiff gave evidence that she received the note from H., who represented to her that he was sent with it from the payee. There was no evidence of the authority of H. to transfer the note to plaintiff. *Held*, that declarations made by H. to plaintiff, at the time he gave her the note, were not admissible. *Marvin* v. *Wilber*, 52 N. Y. 270.

APPEAL by defendant from a judgment in favor of plaintiff entered upon the verdict of a jury.

The action was brought by Lovella Scott against Daniel Stevenson upon a promissory note.

*Charles Hughes*, for appellant.

*E. F. Bullard*, for respondent.

COUNTRYMAN, J.

The only question passed upon in the opinion is fully set forth in the head-note.

*Judgment reversed and new trial granted.*